THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ken H. Lester, Respondent,
 v.
 Glen P. Straker; Carolyn Songer Austin; Carl C. Hendricks, Jr.; P.J. Tanner, Sheriff of Beaufort County, Defendants,
 Of Whom Carolyn Songer Austin is Petitioner,
 and Glen P. Straker is Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Beaufort County
Carmen T. Mullen, Circuit Court Judge

Memorandum Opinion No.  2011-MO-012
Heard March 15, 2011  Filed April 11, 2011 

 
 
 
 DISMISSED AS IMPROVIDENTLY GRANTED
 
 Charles E. Carpenter, Jr., and Carmen V. Ganjehsani, of Carpenter Appeals & Trial Support, of Columbia, for Petitioner.
 Harold A. Boney, Jr., of Beaufort, for Respondent Lester.
 Marquard H. Lund, III, of Hilton Head Island, for Respondent Straker.
 
 
 

PER CURIAM:  This Court granted a writ of certiorari to review the decision of the court of appeals in Lester v. Straker, et al., Op. No.
2009-UP-385 (S.C. Ct. App. filed July 8, 2009).  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.